**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, | ) Master Docket No.<br>) 1:05-cv-00979-SEB-VSS<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | )<br>) |

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

Plaintiffs, by Interim Lead Plaintiffs' Co-Counsel, pursuant to Paragraph XV.A.4 of the Court's October 31, 2005 Case Management Plan and Order Providing for Consolidation and Organizational Matters, hereby submit their Preliminary Witness List. This list is submitted subject to the discovery limitations imposed by the Court's Order of November 28, 2005, granting the Motion of the United States to Limit the Scope of Discovery Until Completion of Criminal Proceedings.

**Preliminary Witness List**

1. Jeff Morone, Kort Builders
2. Robert Mudd, Kort Builders
3. Robert Kort, Kort Builders
4. Jim Plummer, Kort Builders
5. Kathy Gee, Kort Builders
6. Mark VanValkenburg, Van Valkenburg Builders
7. Dan Grote
8. Timothy Toth, Cherokee Development

9. Diane Toth, Cherokee Development

10. Roy Hurt, Craw-Con

11. Carla Hurt, Craw-Con

12. H. Timothy Wininger, Wininger/Stolberg Group

13. Eric C. Stolberg, Wininger/Stolberg Group

14. Craig Blorstad, Wininger/Stolberg Group

15. Timothy Hanson, Wininger/Stolberg Group

16. Marshall Fletcher, Marmax Construction

17. John Sutters, Marmax Construction

18. Michael Boyle, Boyle Construction

19. Steven Coughlin, Boyle Construction

20. Robert Salazar, T&R Contractors

21. Theresa Salazar, T&R Contractors

22. The United States Department of Justice, Antitrust Division [Designees with knowledge concerning the defendants' price-fixing conspiracy and the United States' criminal investigation of the conspiracy, including the participants, terms, scope, duration, effect and other details of the conspiracy.]

23. Irving Materials, Inc. [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

24. American Concrete Company, Inc. [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

25. Prairie Material Sales, Inc. [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's

production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

26. Shelby Gravel, Inc. d/b/a Shelby Materials [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

27. Builder's Concrete & Supply, Inc. [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

28. Hughey, Inc. d/b/a Carmel Concrete Products, Co. [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

29. Ready Mixed Concrete Company [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

30. Beaver Gravel Corporation [Principal officers and any employees, agents, or designated representatives with knowledge relating to the company's production, manufacture, distribution, marketing, pricing or sale of Ready-Mixed Concrete, and its participation in the price-fixing conspiracy that is the subject of this litigation.]

31. Daniel C. Butler, Irving Materials, Inc.

32. John Huggins, Irving Materials, Inc.

33. Fred R. ("Pete") Irving, Irving Materials, Inc.

34. Price Irving, Irving Materials, Inc.

35. Gus B. ("Butch") Nuckols, III, Builder's Concrete & Supply, Inc.

36. Scott D. Hughey, Hughey, Inc. d/b/a Carmel Concrete Products, Co.

37. Richard Haehl, Shelby Gravel, Inc. d/b/a Shelby Materials

38. Phillip Haehl, Shelby Gravel, Inc. d/b/a Shelby Materials

39. Gary Matney, Prairie Material Sales, Inc.

40. Testifying and/or rebuttal experts designated by the Plaintiffs.

41. Testifying and/or rebuttal experts designated by any of the named Defendants.

42. Any witness identified or called by the named Defendants.

43. Any witness necessary for rebuttal.

44. Any witness necessary for foundation purposes.

45. Any witness necessary to establish the admissibility of documents or records.

Dated:  <u>May 15, 2006</u>                                         Respectfully submitted,


                                                  /s/ Scott D. Gilchrist
Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Eric S. Pavlack
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com
epavlack@cohenandmalad.com

Stephen D. Susman
Barry C. Barnett
Jonathan Bridges
SUSMAN GODFREY LLP
901 Main St., Ste. 4100
Dallas, TX 75202
Telephone:  (214) 754-1903
Facsimile:  (214) 754-1933
ssusman@susmangodfrey.com
bbarnett@susmangodfrey.com
jbridges@susmangodfrey.com

*CO-LEAD PLAINTIFFS' COUNSEL*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Anthony P. Aaron
ICE MIILER
anthony.aaron@icemiller.com

Arend J. Abel
COHEN & MALAD
aabel@cohenandmalad.com

Bryan H. Babb
BOSE McKINNEY & EVANS, LLP
bbabb@boselaw.com

Steven M. Badger
McTURNAN & TURNER
sbadger@mtlitigation.com

Barry C. Barnett
SUSMAN GODFREY LLP
bbarnett@susmangodfrey.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com

Robert J. Bonsignore
BONSIGNORE & BREWER
rbonsignore@aol.com

Michael W. Boomgarden
United States Department of Justice
michael.boomgarden@usdoj.gov

Jonathan Bridges
SUSMAN GODFREY LLP
jbridges@susmangodfrey.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN PLLP
wjbruckner@locklaw.com

James A.L. Buddenbaum
PARR RICHEY OBREMSKEY & MORTON
jbuddenbaum@parrlaw.com

Jason R. Burke
HOPPER & BLACKWELL
jburke@hopperblackwell.com

Bryan L. Clobes
MILLER FAUCHER & CAFFERTY LLP
bclobes@millerfaucher.com

Jay S. Cohen
SPECTOR ROSEMAN & KODROFF P.C.
jcohen@srk-law.com

Stephen E. Connolly
SCHIFFRIN & BARROWAY LLP
sconnolly@sbclasslaw.com

Michael L. Coppes
EMSWILLER WILLIAMS NOLAND & CLARKE PC
mcoppes@ewnc-law.com

Jeffrey J. Corrigan
SPECTOR ROSEMAN & KODROFF P.C.
jcorrigan@srk-law.com

Isaac L. Diel
LAW OFFICES OF ISAAC L. DIEL
dslawkc@aol.com

Jonathan A. Epstein
United States Department of Justice
jonathan.epstein@usdoj.gov

Vincent J. Esades
HEINS MILLS & OLSON
vesades@heinsmills.com

Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
jmflaherty@locklaw.com

Jerry A. Garau
FINDLING GARAU GERMANO &
PENNINGTON
jgarau@fggplaw.com

Michael D. Gottsch
CHIMICLES & TIKELLIS LLP
michaelgottsch@chimicles.com

Mark K. Gray
GRAY & WHITE
mkgrayatty@aol.com

Geoffrey M. Grodner
MALLOR CLENDENING GRODNER &
BOHRER
gmgrodne@mcgb.com

James H. Ham, III
BAKER & DANIELS
jhham@bakerd.com

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU PACHIOS
& HALEY LLP
ghansel@preti.com

William E. Hoese
KOHN SWIFT & GRAF PC
whose@kohnswift.com

Troy J. Hutchinson
HEINS MILLS & OLSON
thutchinson@heinsmills.com

Daniel R. Karon
GOLDMAN SCARLATO & KARON PC
karon@gsk-law.com

Lisa J. Frisella
THE MOGIN LAW FIRM
lisa@moginlaw.com

Scott D. Gilchrist
COHEN & MALAD
sgilchrist@cohenandmalad.com

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Betsy K. Greene
GREENE & SCHULTZ
bkgreene@kiva.net

Theresa Lee Groh
MURDOCK GOLDENBERG SCHNEIDER
& GROH LPA
tgroh@mgsglaw.com

Marshall S. Hanley
FINDLING GARAU GERMANO &
PENNINGTON
mhanley@fggplaw.com

Michael D. Hausfeld
COHEN MILSTEIN HAUSFELD & TOLL
mhausfeld@cmht.com

George W. Hopper
HOPPER & BLACKWELL
ghopper@hopperblackwell.com

Michael B. Hyman
MUCH SHELIST
mbhyman@muchshelist.com

G. Daniel Kelley, Jr.
ICE MILLER
daniel.kelley@icemiller.com

7

Jay P. Kennedy
KROGER GARDIS & REGAS
jpk@kgrlaw.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN & KODROFF P.C.
jkodroff@srk-law.com

Joseph C. Kohn
KOHN SWIFT & GRAF PC
jkohn@kohnswift.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Shannon D. Landreth
McTURNAN & TURNER
slandreth@mtlitig.com

Gene R. Leeuw
LEEUW OBERLIES & CAMPBELL PC
grleeuw@indylegal.net

Joseph M. Leone
DREWRY SIMMONS VORNEHM, LLP
jleone@drewrysimmons.com

Irwin B. Levin
COHEN & MALAD
ilevin@cohenandmalad.com

Jennifer Stephens Love
FINDLING GARAU GERMANO & PENNINGTON
jlove@fggplaw.com

James R. Malone, Jr.
CHIMICLES & TIKELLIS LLP
jamesmalone@chimicles.com

Chad M. McManamy
THE MOGIN LAW FIRM
chad@moginlaw.com

J. Lee McNeely
McNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com

John M. Mead
LEEUW OBERLIES & CAMPBELL PC
jmead@indylegal.net

Thomas E. Mixdorf
ICE MILLER
thomas.mixdorf@icemiller.com

Christopher A. Moeller
PRICE WAICUKAUSKI RILEY & DEBROTA
cmoeller@price-law.com

Daniel J. Mogin
THE MOGIN LAW FIRM
dmogin@moginlaw.com

John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER & GROH LPA
jmurdock@mgsglaw.com

Cathleen L. Nevin
KATZ & KORIN
cnevin@katzkorin.com

Patrick B. Omilian
MALLOR CLENDENING GRODNER & BOHRER LLP
pomilian@mcgb.com

Kathy L. Osborn
BAKER & DANIELS
klosborn@bakerd.com

Eric S. Pavlack
COHEN & MALAD
epavlack@cohenandmalad.com

Henry J. Price
PRICE WAICUKAUSKI RILEY & DEBROTA
hprice@price-law.com

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER LLC
reuben@wka-law.com

William N. Riley
PRICE WAICUKAUSKI RILEY & DEBROTA
wriley@price-law.com

Hollis L. Salzman
LABATON SUCHAROW & RUDOFF LLP
hsalzman@labaton.com

Eric L. Schleef
United States Department of Justice
eric.schleef@usdoj.gov

Frederick W. Schultz
GREENE & SCHULTZ
fschultz@kiva.net

Charles R. Sheeks
SHEEKS & NIXON, LLP
crslaw@sbcglobal.net

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF P.C.
espector@srk-law.com

Edward P. Steegmann
ICE MILLER
ed.steegmann@icemiller

Bernard Persky
LABATON SUCHAROW & RUDOFF LLP
bpersky@labaton.com

John R. Price
JOHN R. PRICE & ASSOCIATES
john@johnpricelaw.com

Brady J. Rife
McNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

Kellie C. Safar
LABATON SUCHAROW & RUDOFF LLP
ksafar@labaton.com

Robert S. Schachter
ZWERLING SCHACHTER & ZWERLING LLP
rschachter@zsz.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
tony@hbsslaw.com

Richard E. Shevitz
COHEN & MALAD
rshevitz@cohenandmalad.com

Robert K. Stanley
BAKER & DANIELS
rkstanley@bakerd.com

Stephen D. Susman
SUSMAN GODFREY LLP
ssusman@susmangodfrey.com

Jamie Ranah Sweeney
PRICE WAICUKAUSKI RILEY & DEBROTA
jsweeney@price-law.com

Frank J. Vondrak
United States Department of Justice
frank.vondrak@usdoj.gov

Ronald J. Waicukauski
PRICE WAICUKAUSKI RILEY & DEBROTA
rwaicukauski@price-law.com

Randall B. Weill
PRETI FLAHERTY BELIVEAU PACHIOS & HALEY LLP
rweill@preti.com

Matthew L. White
GRAY & WHITE
mattwhiteatty@aol.com

Robert J. Wozniak, Jr.
MUCH SHELIST
rwozniak@muchshelist.com

Justin M. Tarshis
ZWERLING SCHACHTER & ZWERLING LLP
jtarshis@zsz.com

David B. Vornehm
DREWRY SIMMONS PITTS & VORNEHM
dvornehm@drewrysimmons.com

Lawrence Walner
LAWRENCE WALNER & ASSOCIATES
walner@walnerclassaction.com

Joseph R. Whatley, Jr.
WHATLEY DRAKE LLC
jwhatley@whatleydrake.com

Judy Woods
BOSE McKINNEY & EVANS, LLP
jwoods@boselaw.com

Kendall S. Zylstra
SCHIFFRIN & BARROWAY LLP
kzylstra@sbclasslaw.com

I hereby certify that on May 16, 2006, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut St., Ste. 1100
Philadelphia, PA 19103

Robert Foote
FOOTE MEYERS MIELKE & FLOWERS, LLC
416 S. Second St.
Geneva, IL 60134

Kathleen C. Chavez
CHAVEZ LAW FIRM
416 S. Second St.
Geneva, IL 60134

Samuel D. Heins
HEINS MILLS & OLSON PLC
3550 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

10

| | |
|---|---|
| Ellen Meriwether<br>MILLER FAUCHER & CAFFERTY LLP<br>One Logan Square<br>18th & Cherry Streets, Ste. 1700<br>Philadelphia, PA 19103 | Marvin Miller<br>Jennifer Sprengel<br>MILLER FAUCHER & CAFFERTY LLP<br>30 N. LaSalle St., Ste. 3200<br>Chicago, IL 60602 |
| Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Avenue<br>Elkins Park, PA 19027 | L. Kendall Satterfield<br>Richard M. Volin<br>FINKELSTEIN, THOMPSON &<br>LOUGHRAN<br>1050 30th St., N.W.<br>Washington, D.C. 20007 |
| Stewart M. Weltman<br>COHEN MILSTEIN HAUSFELD<br>  & TOLL PLLC<br>39 S. LaSalle St., Ste. 1100<br>Chicago, IL 60603 | Richard A. Lockridge<br>LOCKRIDGE GRINDAL NAUEN P.L.L.PL<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401 |
| Daniel E. Gustafson<br>Renae D. Steiner<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | |

/s/ Scott D. Gilchrist
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
E-mail: sgilchrist@cohenandmalad.com