**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, | ) Master Docket No. <br> ) 1:05-cv-00979-SEB-VSS <br> ) <br> ) <br> ) <br> ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) <br> ) |

**PLAINTIFFS' PRELIMINARY EXHIBIT LIST**

Plaintiffs, by Interim Lead Plaintiffs' Co-Counsel, pursuant to Paragraph XV.A.4 of the Court's October 31, 2005 Case Management Plan and Order Providing for Consolidation and Organizational Matters, hereby submit their Preliminary Exhibit List.  This list is submitted subject to the discovery limitations imposed by the Court's Order of November 28, 2005, granting the Motion of the United States to Limit the Scope of Discovery Until Completion of Criminal Proceedings.

**Preliminary Exhibit List**

1. For each Plaintiff, documents and records evidencing or relating to:

    a. ready-mixed concrete purchases or potential purchases made by Plaintiffs,

    b. ready-mixed concrete bids and proposals received by Plaintiffs,

    c. ready-mixed concrete pricing, discounts, credits, rebates and surcharges received by Plaintiffs, and

    d. payments made by Plaintiffs to defendants and other suppliers for ready-mixed concrete.

2. For each Defendant, documents and records evidencing or relating to:

    a. the Defendant's production, manufacture, and distribution, of ready-mixed Concrete,

    b. the Defendant's marketing of ready-mixed concrete,

    c. the Defendant's market share for ready-mixed concrete,

    d. the Defendant's production and storage capacity and utilization for ready-mixed concrete,

    e. the Defendant's sales or potential sales of ready-mixed concrete,

    f. the Defendant's bids and proposals for the sale of ready-mixed concrete,

    g. the Defendant's pricing, discounts and surcharges for ready-mixed concrete,

    h. payments received by the Defendant for the sale of ready-mixed concrete,

    i. the Defendant's costs for the production of ready-mixed concrete,

    j. the Defendant's profits from the sale of ready-mixed concrete,

    k. the Defendant's purchase of, or transfer or sale of, ready-mixed concrete from or to another manufacturer, and

    l. communication between or among Defendants or other manufacturers of ready-mixed concrete relating to the production, manufacture, distribution, marketing, pricing or sale of ready-mixed concrete.

3. Any documents or records provided to or received from any governmental agency related to ready-mixed concrete or any alleged conspiracy to fix the prices of ready-mixed concrete, including any grand jury investigation of any matters related to the allegations in the Plaintiffs' Complaint.

4. The Defendants' financial statements relating to ready-mixed concrete, including 10-K Annual Reports and Form 10-Q Quarterly Reports or any other financial statements reflecting sales, costs and profits.

5. The Defendants' profit and loss statements, including any supporting schedules.

6. Reports prepared by Plaintiffs' testifying experts, including demonstrative and supporting materials.

7. For any Defendant that has or does plead guilty to a criminal offense related to the allegations of the Plaintiffs' Complaint, the charging information, guilty plea agreement, judgment of conviction, transcript of proceedings for change of plea hearings or sentencing hearings, and documents related to sentencing and restitution.

8. For any Defendant that is charged with a criminal offense related to the allegations of the Plaintiffs' Complaint, the charging indictment or information, the transcript of any trial proceedings, any trial exhibits, any judgment of conviction, the transcript of any sentencing hearings, and documents related to sentencing and restitution.

9. Any document produced by any Defendant in response to discovery requests of the Plaintiffs.

10. Any document introduced or used by any Defendant.

11. Any document necessary for rebuttal.

12. Any document necessary for foundation purposes.

7. For any Defendant that has or does plead guilty to a criminal offense related to the allegations of the Plaintiffs' Complaint, the charging information, guilty plea agreement, judgment of conviction, transcript of proceedings for change of plea hearings or sentencing hearings, and documents related to sentencing and restitution.

8. For any Defendant that is charged with a criminal offense related to the allegations of the Plaintiffs' Complaint, the charging indictment or information, the transcript of any trial proceedings, any trial exhibits, any judgment of conviction, the transcript of any sentencing hearings, and documents related to sentencing and restitution.

9. Any document produced by any Defendant in response to discovery requests of the Plaintiffs.

10. Any document introduced or used by any Defendant.

11. Any document necessary for rebuttal.

12. Any document necessary for foundation purposes.

Dated: <u>May 15, 2006</u>              Respectfully submitted,


/s/ Scott D. Gilchrist
Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Eric S. Pavlack
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com
epavlack@cohenandmalad.com

Stephen D. Susman
Barry C. Barnett
Jonathan Bridges
SUSMAN GODFREY LLP
901 Main St., Ste. 4100
Dallas, TX 75202
Telephone:  (214) 754-1903
Facsimile:  (214) 754-1933
ssusman@susmangodfrey.com
bbarnett@susmangodfrey.com
jbridges@susmangodfrey.com

*CO-LEAD PLAINTIFFS' COUNSEL*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Anthony P. Aaron
ICE MIILER
anthony.aaron@icemiller.com

Arend J. Abel
COHEN & MALAD
aabel@cohenandmalad.com

Bryan H. Babb
BOSE McKINNEY & EVANS, LLP
bbabb@boselaw.com

Steven M. Badger
McTURNAN & TURNER
sbadger@mtlitigation.com

Barry C. Barnett
SUSMAN GODFREY LLP
bbarnett@susmangodfrey.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com

Robert J. Bonsignore
BONSIGNORE & BREWER
rbonsignore@aol.com

Michael W. Boomgarden
United States Department of Justice
michael.boomgarden@usdoj.gov

Jonathan Bridges
SUSMAN GODFREY LLP
jbridges@susmangodfrey.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN PLLP
wjbruckner@locklaw.com

James A.L. Buddenbaum
PARR RICHEY OBREMSKEY & MORTON
jbuddenbaum@parrlaw.com

Jason R. Burke
HOPPER & BLACKWELL
jburke@hopperblackwell.com

Bryan L. Clobes
MILLER FAUCHER & CAFFERTY LLP
bclobes@millerfaucher.com

Jay S. Cohen
SPECTOR ROSEMAN & KODROFF P.C.
jcohen@srk-law.com

Stephen E. Connolly
SCHIFFRIN & BARROWAY LLP
sconnolly@sbclasslaw.com

Michael L. Coppes
EMSWILLER WILLIAMS NOLAND & CLARKE PC
mcoppes@ewnc-law.com

Jeffrey J. Corrigan
SPECTOR ROSEMAN & KODROFF P.C.
jcorrigan@srk-law.com

Isaac L. Diel
LAW OFFICES OF ISAAC L. DIEL
dslawkc@aol.com

Jonathan A. Epstein
United States Department of Justice
jonathan.epstein@usdoj.gov

Vincent J. Esades
HEINS MILLS & OLSON
vesades@heinsmills.com

Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN PLLP
jmflaherty@locklaw.com

Jerry A. Garau
FINDLING GARAU GERMANO &
PENNINGTON
jgarau@fggplaw.com

Michael D. Gottsch
CHIMICLES & TIKELLIS LLP
michaelgottsch@chimicles.com

Mark K. Gray
GRAY & WHITE
mkgrayatty@aol.com

Geoffrey M. Grodner
MALLOR CLENDENING GRODNER &
BOHRER
gmgrodne@mcgb.com

James H. Ham, III
BAKER & DANIELS
jhham@bakerd.com

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU PACHIOS
& HALEY LLP
ghansel@preti.com

William E. Hoese
KOHN SWIFT & GRAF PC
whose@kohnswift.com

Troy J. Hutchinson
HEINS MILLS & OLSON
thutchinson@heinsmills.com

Daniel R. Karon
GOLDMAN SCARLATO & KARON PC
karon@gsk-law.com

Lisa J. Frisella
THE MOGIN LAW FIRM
lisa@moginlaw.com

Scott D. Gilchrist
COHEN & MALAD
sgilchrist@cohenandmalad.com

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Betsy K. Greene
GREENE & SCHULTZ
bkgreene@kiva.net

Theresa Lee Groh
MURDOCK GOLDENBERG SCHNEIDER
& GROH LPA
tgroh@mgsglaw.com

Marshall S. Hanley
FINDLING GARAU GERMANO &
PENNINGTON
mhanley@fggplaw.com

Michael D. Hausfeld
COHEN MILSTEIN HAUSFELD & TOLL
mhausfeld@cmht.com

George W. Hopper
HOPPER & BLACKWELL
ghopper@hopperblackwell.com

Michael B. Hyman
MUCH SHELIST
mbhyman@muchshelist.com

G. Daniel Kelley, Jr.
ICE MILLER
daniel.kelley@icemiller.com

Jay P. Kennedy
KROGER GARDIS & REGAS
jpk@kgrlaw.com

Joseph C. Kohn
KOHN SWIFT & GRAF PC
jkohn@kohnswift.com

Shannon D. Landreth
McTURNAN & TURNER
slandreth@mtlitig.com

Joseph M. Leone
DREWRY SIMMONS VORNEHM, LLP
jleone@drewrysimmons.com

Jennifer Stephens Love
FINDLING GARAU GERMANO &
PENNINGTON
jlove@fggplaw.com

Chad M. McManamy
THE MOGIN LAW FIRM
chad@moginlaw.com

John M. Mead
LEEUW OBERLIES & CAMPBELL PC
jmead@indylegal.net

Christopher A. Moeller
PRICE WAICUKAUSKI RILEY &
DEBROTA
cmoeller@price-law.com

John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER &
GROH LPA
jmurdock@mgsglaw.com

Patrick B. Omilian
MALLOR CLENDENING GRODNER &
BOHRER LLP
pomilian@mcgb.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN & KODROFF P.C.
jkodroff@srk-law.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Gene R. Leeuw
LEEUW OBERLIES & CAMPBELL PC
grleeuw@indylegal.net

Irwin B. Levin
COHEN & MALAD
ilevin@cohenandmalad.com

James R. Malone, Jr.
CHIMICLES & TIKELLIS LLP
jamesmalone@chimicles.com

J. Lee McNeely
McNEELY STEPHENSON THOPY &
HARROLD
jlmcneely@msth.com

Thomas E. Mixdorf
ICE MILLER
thomas.mixdorf@icemiller.com

Daniel J. Mogin
THE MOGIN LAW FIRM
dmogin@moginlaw.com

Cathleen L. Nevin
KATZ & KORIN
cnevin@katzkorin.com

Kathy L. Osborn
BAKER & DANIELS
klosborn@bakerd.com

Eric S. Pavlack
COHEN & MALAD
epavlack@cohenandmalad.com

Bernard Persky
LABATON SUCHAROW & RUDOFF LLP
bpersky@labaton.com

Henry J. Price
PRICE WAICUKAUSKI RILEY & DEBROTA
hprice@price-law.com

John R. Price
JOHN R. PRICE & ASSOCIATES
john@johnpricelaw.com

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER LLC
reuben@wka-law.com

Brady J. Rife
McNEELY STEPHENSON THOPY & HARROLD
bjrife@msth.com

William N. Riley
PRICE WAICUKAUSKI RILEY & DEBROTA
wriley@price-law.com

Kellie C. Safar
LABATON SUCHAROW & RUDOFF LLP
ksafar@labaton.com

Hollis L. Salzman
LABATON SUCHAROW & RUDOFF LLP
hsalzman@labaton.com

Robert S. Schachter
ZWERLING SCHACHTER & ZWERLING LLP
rschachter@zsz.com

Eric L. Schleef
United States Department of Justice
eric.schleef@usdoj.gov

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

Frederick W. Schultz
GREENE & SCHULTZ
fschultz@kiva.net

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
tony@hbsslaw.com

Charles R. Sheeks
SHEEKS & NIXON, LLP
crslaw@sbcglobal.net

Richard E. Shevitz
COHEN & MALAD
rshevitz@cohenandmalad.com

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF P.C.
espector@srk-law.com

Robert K. Stanley
BAKER & DANIELS
rkstanley@bakerd.com

Edward P. Steegmann
ICE MILLER
ed.steegmann@icemiller

Stephen D. Susman
SUSMAN GODFREY LLP
ssusman@susmangodfrey.com

Jamie Ranah Sweeney
PRICE WAICUKAUSKI RILEY & DEBROTA
jsweeney@price-law.com

Frank J. Vondrak
United States Department of Justice
frank.vondrak@usdoj.gov

Ronald J. Waicukauski
PRICE WAICUKAUSKI RILEY & DEBROTA
rwaicukauski@price-law.com

Randall B. Weill
PRETI FLAHERTY BELIVEAU PACHIOS & HALEY LLP
rweill@preti.com

Matthew L. White
GRAY & WHITE
mattwhiteatty@aol.com

Robert J. Wozniak, Jr.
MUCH SHELIST
rwozniak@muchshelist.com

Justin M. Tarshis
ZWERLING SCHACHTER & ZWERLING LLP
jtarshis@zsz.com

David B. Vornehm
DREWRY SIMMONS PITTS & VORNEHM
dvornehm@drewrysimmons.com

Lawrence Walner
LAWRENCE WALNER & ASSOCIATES
walner@walnerclassaction.com

Joseph R. Whatley, Jr.
WHATLEY DRAKE LLC
jwhatley@whatleydrake.com

Judy Woods
BOSE McKINNEY & EVANS, LLP
jwoods@boselaw.com

Kendall S. Zylstra
SCHIFFRIN & BARROWAY LLP
kzylstra@sbclasslaw.com

I hereby certify that on May 16, 2006, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut St., Ste. 1100
Philadelphia, PA 19103

Robert Foote
FOOTE MEYERS MIELKE & FLOWERS, LLC
416 S. Second St.
Geneva, IL 60134

Kathleen C. Chavez
CHAVEZ LAW FIRM
416 S. Second St.
Geneva, IL 60134

Samuel D. Heins
HEINS MILLS & OLSON PLC
3550 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

Ellen Meriwether
MILLER FAUCHER & CAFFERTY LLP
One Logan Square
18th & Cherry Streets, Ste. 1700
Philadelphia, PA 19103

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
7839 Montgomery Avenue
Elkins Park, PA 19027

Stewart M. Weltman
COHEN MILSTEIN HAUSFELD
 & TOLL PLLC
39 S. LaSalle St., Ste. 1100
Chicago, IL 60603

Daniel E. Gustafson
Renae D. Steiner
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Marvin Miller
Jennifer Sprengel
MILLER FAUCHER & CAFFERTY LLP
30 N. LaSalle St., Ste. 3200
Chicago, IL 60602

L. Kendall Satterfield
Richard M. Volin
FINKELSTEIN, THOMPSON &
LOUGHRAN
1050 30th St., N.W.
Washington, D.C. 20007

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN P.L.L.PL
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

/s/ Scott D. Gilchrist
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
E-mail:  sgilchrist@cohenandmalad.com