# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, | ) Master Docket No.<br>) 1:05-cv-00979-SEB-JMS |
| | ) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) <br>) <br>) |

### ORDER APPROVING SETTLEMENT AGREEMENT WITH LEX GROUP, LLC

This matter comes before the Court on the Motion of Plaintiffs' Motion for Court Approval of Settlement Agreement with Outside Settlement Claims Service Lex Group, LLC, which was filed with the cooperation and agreement of counsel for Lex Group. The Court, having reviewed Plaintiffs' Motion, as well as Plaintiffs' previously-filed Motion for Relief Regarding Outside Settlement Claims Service Lex Group, LLC (and supporting materials), and otherwise being duly advised in the premises, now finds that Plaintiffs' Motion is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Settlement Agreement attached to Plaintiffs' Motion is hereby approved. Pursuant to the Court's authority pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court hereby orders and declares that any contracts between Lex Group and potential class members related to this case are null and void, and will have no effect in this litigation. Counsel for the Plaintiffs and Lex Group are hereby ordered to take all necessary action to promptly implement the terms of the Settlement Agreement.

11/21/2008
Date

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana