**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, </br></br> THIS DOCUMENT RELATES TO: ALL ACTIONS | ) Master Docket No. </br> ) 1:05-cv-00979-SEB-JMS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER APPROVING STIPULATION OF**
**SETTLEMENT CLASS COUNSEL AND DUKE CONSTRUCTION CONCERNING**
**MOTION TO RECONSIDER COURT'S ORDER OF MARCH 31, 2009**

The Court having received and considered the Stipulation of Settlement Class Counsel and Duke Construction ("Duke") Concerning Motion to Reconsider Court's Order of March 31, 2009 ("Stipulation"), and being duly advised, now finds that the Stipulation should be approved and the terms thereof entered as an order of this Court.

IT IS THEREFORE ORDERED by this Court as follows:

1. The Stipulation of Settlement Class Counsel and Duke is hereby approved.

2. Duke shall be permitted to file, within 45 days after the Court's approval of this Stipulation, an objection limited to the amount of attorneys' fees and reimbursed expenses requested by Settlement Class Counsel in Plaintiffs' Motion for Approval of Proposed Plan of Distribution of Settlement Funds, Award of Attorneys' Fees and Expenses, and Award of Class Representatives' Incentive Fee (Doc. 722) ("Distribution Motion") and awarded by the Court in its March 31, 2009 Order granting the Distribution Motion ("Distribution Order") (Doc. 732). Settlement Class Counsel shall file a response to Duke's objection within 10 days after the filing of the objection.

3. Neither Duke nor Settlement Class Counsel shall appeal or seek reconsideration of the Court's ruling on Duke's objection to the current Distribution Motion, and each hereby waives their right to seek such an appeal or reconsideration, if any. The Stipulation is without prejudice to Duke's right, if any, to make any appropriate objections to, and appeal from, any future fee awards.

4. Duke's Motion to Reconsider Order Granting Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses (Doc. 733) is hereby deemed moot.

SO ORDERED.

Date: 10/19/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Anthony P. Aaron
G. Daniel Kelley, Jr.
Thomas E. Mixdorf
Edward P. Steegmann
Abigail B. Cella
ICE MIILER
Anthony.aaron@icemiller.com
daniel.kelley@icemiller.com
thomas.mixdorf@icemiller.com
ed.steegmann@icemiller.com
abby.cella@icemiller.com

Robert J. Bonsignore
BONSIGNORE & BREWER
rbonsignore@aol.com

Barry C. Barnett
Jonathan Bridges
Stephen D. Susman
SUSMAN GODFREY LLP
bbarnett@susmangodfrey.com
jbridges@susmangodfrey.com
ssusman@susmangodfrey.com

Jason R. Burke
David Bullington
George W. Hopper
HOPPER & BLACKWELL
jburke@hopperblackwell.com
dbullington@hopperblackwell.com
ghopper@hopperblackwell.com

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com
tony@hbsslaw.com

Lawrence J. Carcare, II
INDIANA STATE ATTORNEY
GENERAL
lcarcare@atg.state.in.us

Thomas J. Grau
Joseph M. Leone
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com
jleone@drewrysimmons.com

Michael L. Coppes
EMSWILLER WILLIAMS NOLAND &
CLARKE PC
mcoppes@ewnc-law.com

Michael D. Gottsch
CHIMICLES & TIKELLIS LLP
michaelgottsch@chimicles.com

David B. Vornehm
DREWRY SIMMONS PITTS
  & VORNEHM
dvornehm@drewrysimmons.com

Theresa Lee Groh
John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER
  & GROH LPA
tgroh@mgsglaw.com
jmurdock@mgsglaw.com

James A.L. Buddenbaum
PARR RICHEY OBREMSKEY & MORTON
jbuddenbaum@parrlaw.com

Vincent J. Esades
Troy J. Hutchinson
HEINS MILLS & OLSON
vesades@heinsmills.com
thutchinson@heinsmills.com

Jay S. Cohen
Jeffrey J. Corrigan
Jeffrey L. Kodroff
Eugene A. Spector
SPECTOR ROSEMAN & KODROFF
  & WILLIS, PC
jcohen@srk-law.com
jcorrigan@srk-law.com
jkodroff@srk-law.com
espector@srk-law.com

Lisa J. Frisella
Chad M. McManamy
Daniel J. Mogin
THE MOGIN LAW FIRM
lisa@moginlaw.com
chad@moginlaw.com
dmogin@moginlaw.com

Mark K. Gray
Matthew L. White
GRAY & WHITE
mkgrayatty@aol.com
mattwhiteatty@aol.com

Betsy K. Greene
Frederick W. Schultz
GREENE & SCHULTZ
bkgreene@kiva.net
fschultz@kiva.net

Gregory P. Hansel
Randall B. Weill
PRETI FLAHERTY BELIVEAU PACHIOS
  & HALEY LLP
ghansel@preti.com
rweill@preti.com

William E. Hoese
Joseph C. Kohn
KOHN SWIFT & GRAF PC
whose@kohnswift.com
jkohn@kohnswift.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

James H. Ham, III
Kathy L. Osborn
Robert K. Stanley
Matthew Lamkin
Ryan M. Hurley
BAKER & DANIELS
jhham@bakerd.com
klosborn@bakerd.com
rkstanley@bakerd.com
matthew.lamkin@bakerd.com
ryan.hurley@bakerd.com

Deborah J. Caruso
U.S. Bankruptcy Trustee
DALE & EKE, P.C.
dcaruso@daleeke.com

Cathleen L. Nevin
KATZ & KORIN
cnevin@katzkorin.com

John R. Price
JOHN R. PRICE & ASSOCIATES
john@johnpricelaw.com

Daniel R. Karon
GOLDMAN SCARLATO & KARON PC
karon@gsk-law.com

Geoffrey Mitchell Grodner
Patrick B. Omilian
MALLOR CLENDENING GRODNER & BOHRER
gmgrodne@mcgb.com
pomilian@mcgb.com

Michael B. Hyman
Robert J. Wozniak, Jr.
MUCH SHELIST
mbhyman@muchshelist.com
rwozniak@muchshelist.com

Gene R. Leeuw
John M. Mead
LEEUW OBERLIES & CAMPBELL PC
grleeuw@indylegal.net
jmead@indylegal.net

Bernard Persky
Kellie C. Safar
Hollis L. Salzman
GOODKIND LABATON RUDOFF & SUCHAROW LLP
bpersky@labaton.com
ksafar@labaton.com
hsalzman@labaton.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES PC
rschuckit@schuckitlaw.com

Lawrence Walner
LAWRENCE WALNER & ASSOCIATES
walner@walnerclassaction.com

Judy Woods
Bryan Babb
Curtis Jones
Melinda Shapiro
C. Joseph Russell
Steven M. Badger
BOSE McKINNEY & EVANS LLP
jwoods@boselaw.com
bbabb@boselaw.com
cjones@boselaw.com
mshapiro@boselaw.com
crussell@boselaw.com
sbadger@boselaw.com

J. Lee McNeely
Brady J. Rife
McNEELY STEPHENSON THOPY & HARROLD
jlmcneely@msth.com
bjrife@msth.com

Henry J. Price
Ronald J. Waicukauski
William N. Riley
Jamie Kendall
Christopher A. Moeller
Matthew R. Laydon
Joseph N. Williams
PRICE WAICUKAUSKI RILEY & DEBROTA
hprice@price-law.com
rwaicukauski@price-law.com
wriley@price-law.com
jkendall@price-law.com
cmoeller@price-law.com
mlaydon@price-law.com
jwilliams@price-law.com

Allyson M. Maltas
Joshua P. Dehnke
LATHAM & WATKINS LLP
allyson.maltas@lw.com
joshua.dehnke@lw.com

Chris Gair
JENNER BLOCK
cgair@jenner.com

Joseph R. Whatley, Jr.
WHATLEY DRAKE LLC
jwhatley@whatleydrake.com

Edward W. Harris, III
Gayle A. Reindl
Jonathan G. Polak
Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
eharris@taftlaw.com
greindl@taftlaw.com
jpolak@taftlaw.com
agregory@taftlaw.com

Patricia Polis McCrory
LOCKE REYNOLDS LLP
pmccrory@locke.com

John E. Scribner
Marie L. Mathews
WEIL GOTSHAL & MANGES
johnscribner@weil.com
marie.mathews@weil.com

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER LLC
reuben@wka-law.com

Robert S. Schachter
Justin M. Tarshis
ZWERLING SCHACHTER & ZWERLING LLP
rschachter@zsz.com
jtarshis@zsz.com

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Samuel Charnoff
ARENT FOX LLP
charnoff.samuel@arentfox.com

Wareewan Tina Charoenpong
Rohit Kumar Singla
MUNGER TOLLES & OLSON
tina.charoenpong@mto.com
rohit.singla@mto.com

Stewart M. Weltman
COHEN MILSTEIN HAUSFELD
   & TOLL PLLC
39 S. LaSalle Street, Suite 1100
Chicago, IL  60603

Steven A. Asher
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103

Kathleen C. Chavez
CHAVEZ LAW FIRM
416 South Second Street
Geneva, IL  60134

Isaac L. Diel
LAW OFFICES OF ISAAC L. DIEL
135 Oak Street
Bonner Springs, KS  66012

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN  55403

L. Kendall Satterfield
Richard M. Volin
FINKELSTEIN, THOMPSON & LOUGHRAN
1050 30th Street, N.W.
Washington, D.C. 20007

Mr. Scott D. Hughey
4462 Abbey Drive
Carmel, IN  4033-2456

W. Joseph Bruckner
Yvonne M. Flaherty
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN PLLPL
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
7839 Montgomery Avenue
Elkins Park, PA  19027

| | |
|---|---|
| Robert Foote<br>FOOTE MEYERS MIELKE &<br>FLOWERS, LLC<br>416 South Second Street<br>Geneva, IL  60134 | James R. Malone<br>CHIMICLES & TIKELLIS, LLP<br>361 West Lancaster Avenue<br>Haverford, PA  19041 |

1435756