**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, | )  Master Docket No.<br>)  1:05-cv-00979-SEB-JMS<br>)<br>) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | )<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
SETTLEMENT AGREEMENT WITH MA-RI-AL CORPORATION D/B/A
BEAVER MATERIALS CORPORATION, CHRIS BEAVER, AND RICKY BEAVER**

The Plaintiffs, Kort Builders, Inc., Dan Grote, Cherokee Development, Inc., Wininger/Stolberg Group, Inc., Marmax Construction, LLC, Boyle Construction Management, Inc., and T&R Contractor, Inc. (collectively "Plaintiffs"), by Interim Co-Lead Counsel, respectfully move this Court for an Order preliminarily approving the Settlement Agreement With Defendants MA-RI-AL Corporation d/b/a Beaver Materials Corporation, Chris Beaver, and Ricky Beaver ("Beaver Settlement"), preliminarily certifying a Plaintiff Settlement Class, and directing notice of the Beaver Settlement to members of the Settlement Class.  In support of this Motion, Plaintiffs state as follows:

1.      On January 31, 2010, the Plaintiffs, through Interim Co-Lead Counsel, executed a settlement agreement with Defendants MA-RI-AL Corporation d/b/a Beaver Materials Corporation, Chris Beaver, and Ricky Beaver (collectively the "Beaver Defendants") resolving the claims asserted in this action by the Plaintiffs and proposed Plaintiff Class against the Beaver Defendants in exchange for payment of the sum of $200,000.  A copy of the Beaver Settlement is submitted herewith and marked Exhibit "1."

2.      The Beaver Settlement was achieved following extensive arms-length

negotiations between the counsel for Plaintiffs and counsel for the Beaver Defendants, which

included an extensive review of the financial condition of the Beaver Defendants, and confers

substantial benefits on the Settlement Class that are within the range of reasonableness given the

Beaver Defendants' limited ability to pay.

3.      Pursuant to the Beaver Settlement, Plaintiffs, with the stipulation of the Beaver

Defendants as set forth in the Beaver Settlement, respectfully move the Court for the entry of an

Order, in the form of the proposed Preliminary Approval Order attached to the Beaver

Settlement as Exhibit "C," which:

a.      Certifies as to the Beaver Defendants, pursuant to Federal Rules of Civil

Procedure 23(a) and (b)(3) and the terms of the Beaver Settlement, the Settlement

Class to which the Plaintiffs and the Beaver Defendants have stipulated in the

Beaver Settlement;

b.      Preliminarily approves the Beaver Settlement as fair, reasonable and adequate to

the Plaintiffs and members of the Settlement Class;

c.      Approves and directs, as the best notice practicable under the circumstances: (i)

mailed notice to Settlement Class members in the form attached to the Beaver

Settlement as Exhibit "A" and (ii) published notice to Settlement Class members

in the form attached to the Beaver Settlement as Exhibit "B"; and

d.      Schedules a hearing on final approval of this Agreement at the convenience of the

Court.

4.      Plaintiffs have submitted herewith their Memorandum in Support of Motion for

Preliminary Approval of Settlement Agreement With Defendants MA-RI-AL Corporation d/b/a

Beaver Materials Corporation, Chris Beaver, and Ricky Beaver.

WHEREFORE, the Plaintiffs respectfully request the preliminary approval the Settlement

Agreement With Defendants MA-RI-AL Corporation d/b/a Beaver Materials Corporation, Chris

Beaver, and Ricky Beaver, preliminary certification of the Settlement Class, approval of the form

and method of notice of the Beaver Settlement to members of the Settlement Class, and approval

and entry of the Preliminary Approval Order submitted herewith.

Dated: <u>February 1, 2010</u>                                       Respectfully submitted,


/s/ Irwin B. Levin
Irwin B. Levin

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Eric S. Pavlack
Vess A. Miller
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
Facsimile:  (317) 636-2593
ilevin@cohenandmalad.com

Stephen D. Susman
Barry C. Barnett
Jonathan Bridges
Warren T. Burns
Garrick B. Pursley
SUSMAN GODFREY LLP
901 Main St., Ste. 4100
Dallas, TX 75202
Telephone:  (214) 754-1903
Facsimile:  (214) 754-1933

*PLAINTIFFS' INTERIM CO-LEAD COUNSEL*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, a copy of the foregoing document, was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Anthony P. Aaron
ICE MIILER
Anthony.aaron@icemiller.com

G. Daniel Kelley, Jr.
ICE MILLER
daniel.kelley@icemiller.com

Thomas E. Mixdorf
ICE MILLER
thomas.mixdorf@icemiller.com

Edward P. Steegmann
ICE MILLER
ed.steegmann@icemiller.com

Abigail B. Cella
ICE MILLER
abby.cella@icemiller.com

Barry C. Barnett
SUSMAN GODFREY LLP
bbarnett@susmangodfrey.com

Jonathan Bridges
SUSMAN GODFREY LLP
jbridges@susmangodfrey.com

Stephen D. Susman
SUSMAN GODFREY LLP
ssusman@susmangodfrey.com

Robert J. Bonsignore
BONSIGNORE & BREWER
rbonsignore@aol.com
Jason R. Burke
HOPPER & BLACKWELL
jburke@hopperblackwell.com

David Bullington
HOPPER & BLACKWELL
dbullington@hopperblackwell.com

Kenneth J. Munson
BINGHAM McHALE LLP
kmunson@binghammchale.com

Lee B. McTurnan
BINGHAM McHALE LLP
lmcturnan@binghammchale.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
tony@hbsslaw.com

James A.L. Buddenbaum
PARR RICHEY OBREMSKEY & MORTON
jbuddenbaum@parrlaw.com

Lawrence J. Carcare, II
INDIANA STATE ATTORNEY GENERAL
lcarcare@atg.state.in.us

Vincent J. Esades
HEINS MILLS & OLSON
vesades@heinsmills.com

Troy J. Hutchinson
HEINS MILLS & OLSON
thutchinson@heinsmills.com

Thomas J. Grau
DREWRY SIMMONS VORNEHM, LLP
tgrau@drewrysimmons.com

Joseph M. Leone
DREWRY SIMMONS VORNEHM, LLP
jleone@drewrysimmons.com

George W. Hopper
HOPPER & BLACKWELL
ghopper@hopperblackwell.com
Jay S. Cohen

SPECTOR ROSEMAN & KODROFF &
WILLIS, PC
jcohen@srk-law.com

Jeffrey J. Corrigan
SPECTOR ROSEMAN & KODROFF &
WILLIS, PC
jcorrigan@srk-law.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN & KODROFF &
WILLIS, PC
jkodroff@srk-law.com

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF &
WILLIS, PC
espector@srk-law.com

Michael L. Coppes
EMSWILLER WILLIAMS NOLAND &
CLARKE PC
mcoppes@ewnc-law.com

Lisa J. Frisella
THE MOGIN LAW FIRM
lisa@moginlaw.com

Chad M. McManamy
THE MOGIN LAW FIRM
chad@moginlaw.com

Daniel J. Mogin
THE MOGIN LAW FIRM
dmogin@moginlaw.com

Michael D. Gottsch
CHIMICLES & TIKELLIS LLP
michaelgottsch@chimicles.com

Mark K. Gray
GRAY & WHITE
mkgrayatty@aol.com

David B. Vornehm
DREWRY SIMMONS PITTS &
VORNEHM
dvornehm@drewrysimmons.com

Betsy K. Greene
GREENE & SCHULTZ
bkgreene@kiva.net

Frederick W. Schultz
GREENE & SCHULTZ
fschultz@kiva.net

Theresa Lee Groh
MURDOCK GOLDENBERG
SCHNEIDER & GROH LPA
tgroh@mgsglaw.com

John C. Murdock
MURDOCK GOLDENBERG
SCHNEIDER & GROH LPA
jmurdock@mgsglaw.com

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
ghansel@preti.com

Randall B. Weill
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
rweill@preti.com

William E. Hoese
KOHN SWIFT & GRAF PC
whose@kohnswift.com

Joseph C. Kohn
KOHN SWIFT & GRAF PC
jkohn@kohnswift.com

Daniel R. Karon
GOLDMAN SCARLATO & KARON PC
karon@gsk-law.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Matthew L. White
GRAY & WHITE
mattwhiteatty@aol.com

Geoffrey Mitchell Grodner
MALLOR CLENDENING GRODNER &
BOHRER
gmgrodne@mcgb.com

Patrick B. Omilian
MALLOR CLENDENING GRODNER &
BOHRER LLP
pomilian@mcgb.com

James H. Ham, III
BAKER & DANIELS
jhham@bakerd.com

Kathy L. Osborn
BAKER & DANIELS
klosborn@bakerd.com

Robert K. Stanley
BAKER & DANIELS
rkstanley@bakerd.com

Matthew Lamkin
BAKER & DANIELS
matthew.lamkin@bakerd.com

Ryan M. Hurley
BAKER & DANIELS
ryan.hurley@bakerd.com

Michael B. Hyman
MUCH SHELIST
mbhyman@muchshelist.com

Robert J. Wozniak, Jr.
MUCH SHELIST
rwozniak@muchshelist.com

Deborah J. Caruso
U.S. Bankruptcy Trustee
DALE & EKE, P.C.
dcaruso@daleeke.com

Gene R. Leeuw
LEEUW OBERLIES & CAMPBELL PC
grleeuw@indylegal.net

Cathleen L. Nevin
KATZ & KORIN
cnevin@katzkorin.com

Bernard Persky
GOODKIND LABATON RUDOFF &
SUCHAROW LLP
bpersky@labaton.com

Kellie C. Safar
GOODKIND LABATON RUDOFF &
SUCHAROW LLP
ksafar@labaton.com

Hollis L. Salzman
GOODKIND LABATON RUDOFF &
SUCHAROW LLP
hsalzman@labaton.com

John R. Price
JOHN R. PRICE & ASSOCIATES
john@johnpricelaw.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES PC
rschuckit@schuckitlaw.com

Lawrence Walner
LAWRENCE WALNER &
ASSOCIATES
walner@walnerclassaction.com

Judy Woods
BOSE McKINNEY & EVANS LLP
jwoods@boselaw.com

Bryan Babb
BOSE McKINNEY & EVANS LLP
bbabb@boselaw.com

Curtis Jones
BOSE McKINNEY & EVANS LLP
cjones@boselaw.com

Melinda Shapiro
BOSE McKINNEY & EVANS LLP
mshapiro@boselaw.com

C. Joseph Russell
BOSE McKINNEY & EVANS LLP
crussell@boselaw.com

6

John M. Mead
LEEUW OBERLIES & CAMPBELL PC
jmead@indylegal.net

J. Lee McNeely
McNEELY STEPHENSON THOPY &
HARROLD
jlmcneely@msth.com

Brady J. Rife
McNEELY STEPHENSON THOPY &
HARROLD
bjrife@msth.com

Henry J. Price
PRICE WAICUKAUSKI RILEY &
DEBROTA
hprice@price-law.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI RILEY &
DEBROTA
rwaicukauski@price-law.com

William N. Riley
PRICE WAICUKAUSKI RILEY &
DEBROTA
wriley@price-law.com

Jamie Kendall
PRICE WAICUKAUSKI RILEY &
DEBROTA
jkendall@price-law.com

Christopher A. Moeller
PRICE WAICUKAUSKI RILEY &
DEBROTA
cmoeller@price-law.com

Matthew R. Laydon
PRICE WAICUKAUSKI RILEY &
DEBROTA
mlaydon@price-law.com

Joseph N. Williams
PRICE WAICUKAUSKI RILEY &
DEBROTA
jwilliams@price-law.com

Steven M. Badger
BOSE McKINNEY & EVANS LLP
sbadger@boselaw.com

Allyson M. Maltas
LATHAM & WATKINS LLP
allyson.maltas@lw.com

Joshua P. Dehnke
LATHAM & WATKINS LLP
joshua.dehnke@lw.com

Chris Gair
JENNER BLOCK
cgair@jenner.com

Joseph R. Whatley, Jr.
WHATLEY DRAKE LLC
jwhatley@whatleydrake.com

Edward W. Harris, III
TAFT STETTINIUS & HOLLISTER LLP
eharris@taftlaw.com

Gayle A. Reindl
TAFT STETTINIUS & HOLLISTER LLP
greindl@taftlaw.com

Jonathan G. Polak
TAFT STETTINIUS & HOLLISTER LLP
jpolak@taftlaw.com

Abram B. Gregory
TAFT STETTINIUS & HOLLISTER LLP
agregory@taftlaw.com

Patricia Polis McCrory
LOCKE REYNOLDS LLP
pmccrory@locke.com

John E. Scribner
WEIL GOTSHAL & MANGES
johnscribner@weil.com

Marie L. Mathews
WEIL GOTSHAL & MANGES
marie.mathews@weil.com

Gary P. Price
LEWIS & KAPPES
gprice@lewis-kappes.com

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER LLC
reuben@wka-law.com

Robert S. Schachter
ZWERLING SCHACHTER & ZWERLING
LLP
rschachter@zsz.com

Justin M. Tarshis
ZWERLING SCHACHTER & ZWERLING
LLP
jtarshis@zsz.com

Samuel Charnoff
ARENT FOX LLP
charnoff.samuel@arentfox.com

Wareewan Tina Charoenpong
MUNGER TOLLES & OLSON
tina.charoenpong@mto.com

Rohit Kumar Singla
MUNGER TOLLES & OLSON
rohit.singla@mto.com

        I hereby certify that on February 1, 2010, a copy of the foregoing document was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Steven A. Asher
WEINSTEIN KITCHENOFF
& ASHER, LLC
1845 Walnut St., Ste. 1100
Philadelphia, PA 19103

Kathleen C. Chavez
CHAVEZ LAW FIRM
416 S. Second St.
Geneva, IL 60134

Isaac L. Diel
LAW OFFICES OF ISAAC L. DIEL
135 Oak St.
Bonner Springs, KS 66012

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON PLC
310 Clifton Avenue
Minneapolis, MN 55403

L. Kendall Satterfield
Richard M. Volin
FINKELSTEIN, THOMPSON &
LOUGHRAN
1050 30th St., N.W.
Washington, D.C. 20007

Mr. Scott D. Hughey
4462 Abbey Drive
Carmel, IN  4033-2456

W. Joseph Bruckner
Yvonne M. Flaherty
Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN PLLPL
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
7839 Montgomery Avenue
Elkins Park, PA 19027

Robert Foote
FOOTE MEYERS MIELKE &
FLOWERS, LLC
416 S. Second St.
Geneva, IL 60134

James R. Malone
CHIMICLES & TIKELLIS, LLP
361 W. Lancaster Ave.
Haverford, PA 19041

Stewart M. Weltman
COHEN MILSTEIN HAUSFELD
 & TOLL PLLC
39 S. LaSalle St., Ste. 1100
Chicago, IL 60603

/s/ Irwin B. Levin
Irwin B. Levin
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  (317) 636-6481
ilevin@cohenandmalad.com