**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, | ) Master Docket No.<br>) 1:05-cv-00979-SEB-JMS<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>) |

**ORDER ON DUKE CONSTRUCTION'S OBJECTION TO CLASS COUNSEL'S**
**REQUEST FOR ATTORNEYS' FEES AND REIMBURSED EXPENSES**

This matter comes before the court on Duke Construction's Objection to Class Counsel's Request for Attorneys' Fees and Reimbursed Expenses (Doc. 769). The Court, having considered the Objection, Class Counsel's Response, and the Court's Order approving the Stipulation of Duke and Class Counsel (Doc. No. 754), now finds that the Objection should be, and hereby is, OVERRULED.

IT IS THEREFORE ORDERED that the March 31, 2009 Order Granting Plaintiffs' Motion for Approval of Proposed Plan of Distribution of Settlement Funds, Award of Attorneys' Fees and Reimbursement of Expenses, and Award of Class Representatives' Incentive Fees (Doc. No. 732) shall not be modified and remains in full force and effect from its date of entry.

SO ORDERED.

03/30/2010
Date

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana