# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: READY-MIXED CONCRETE ANTITRUST LITIGATION, | ) Master Docket No.<br>) 1:05-cv-00979-SEB-JMS<br>) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | )<br>)<br>)<br>) |

## ORDER OVERRULING OBJECTIONS OF CLASS MEMBERS DUKE CONSTRUCTION AND CLYDE WILLIAMS, JR. TO CLASS COUNSEL'S REQUEST FOR ATTORNEYS' FEES AND REIMBURSED EXPENSES

This matter comes before the court on Non-Party Class Member Duke Construction's Response in Opposition to Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Award of Class Representatives' Incentive Fee from IMI Settlement (Doc. No. 809), and the correspondence of IMI Settlement Class member Mr. Clyde E. Williams, Jr. d/b/a Williams Construction (Doc. No. 808), in which Duke and Mr. Williams object to Class Counsel's request for an award of attorney's fees and reimbursement of expenses from the IMI Settlement Amount. The Court, having considered the objections of Duke Construction and Mr. Williams, having considered the response of the Plaintiffs and Class Counsel thereto, and being duly advised, now finds that the objections of Duke Construction and Mr. Williams should be, and hereby are, OVERRULED.

SO ORDERED.

_03/30/2010_
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana